Case 4:24-cv-01273   Document 14   Filed on 09/19/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 20, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **SALVADOR SEGOVIA, JR.,** *Plaintiff*, | § § § |
| **V.** | § §  CIVIL ACTION NO. 4:24-CV-01273 |
| **K.B.P., INC.,** | § § § |
| *Defendants*. | § § § |

## ORDER

Plaintiff has filed a Notice of Dismissal as to Defendant K.B.P., INC (ECF 13).

The Dismissal is **GRANTED**. The action against Defendant is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on September 19, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE